United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01304-HWV
Christopher T. Burke  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 10, 2023      Form ID: pdf010      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Burke, 321 Black Bear Lane, Harrisburg, PA 17112-8418 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5505902 | + | Gary J. Imblum, Esquire, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5506243 | + | Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5485248 | #+ | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | May 10 2023 18:39:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5485246 | | Email/Text: ECF@fayservicing.com | May 10 2023 18:38:00 | Fay Servicing, Attn: Bankruptcy, PO Box 809441, Chicago, IL 60680 |
| 5485247 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 10 2023 18:38:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5485879 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 10 2023 18:38:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5486268 | | Email/Text: BankruptcyECFMail@mccalla.com | May 10 2023 18:38:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5496640 | ^ | MEBN | May 10 2023 18:35:10 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5485249 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 10 2023 18:39:00 | US Bank National Association, P.O. Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Creditor Imblum Law Offices P.C. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Christopher T. Burke lstump@shepleylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 1:22-bk-01304 |
| CHRISTOPHER T. BURKE | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| CHRISTOPHER T. BURKE | : | |
| | : | |
|     Movant | : | |
| | : | |

### ORDER ON MOTION TO VOLUNTARILY DISMISS

Upon consideration of the debtor's Motion to Voluntarily Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 10, 2023